# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 7 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | Related to Docket No. 22 |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW** upon consideration of the *APPLICATION TO EMPLOY REALTOR* (the "Application") filed at Doc. No. [ ], it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1) The Application is hereby approved as of the date the Application was filed.

(2) **KEVIN SHANER AND REMAX SELECT REALTY, 1761 GOLDEN MILE HWY, MONROEVILLE, PA 15146** is hereby appointed as *Realtor* for the Trustee in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Trustee's Broker in connection with the sale of real estate located at **517 GUYLYN DRIVE, PITTSBURGH, PA 15235**. A realtor commission in the amount of $4,000 or 6% of the sale price, whichever is higher, is tentatively approved, subject to final court order.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4) The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria

(5) *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

Date: April 16, 2018

GREGORY L. TADDONIO    drb
UNITED STATES BANKRUPTCY JUDGE

cc: Trustee
Debtor Counsel
Realtor/Broker
Office of the U.S. Trustee

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20149-GLT
Ralph E Germany                                                         Chapter 7
Sandra Louise Germany
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                  Page 1 of 1               Date Rcvd: Apr 16, 2018
                              Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db/jdb         +Ralph E Germany,    Sandra Louise Germany,    517 Guylyn Drive,    Pittsburgh, PA 15235-3925
r              +Kevin Shaner,   RE/MAX Select Realty,    1761 Golden Mile Highway,    Monroeville, PA 15146-2011
r              +ReMax Select Realty,    1761 Golden Mile Highway,    Monroeville, PA 15146-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Daniel P. Foster    on behalf of Joint Debtor Sandra Louise Germany dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Ralph E Germany dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    FIFTH THIRD BANK bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8