# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 7 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal | : | |
| Revenue Service; Commonwealth of | : | |
| Pennsylvania, Department of Revenue; | : | |
| County of Allegheny; Municipality of | : | |
| Penn Hills; Penn Hills School District; | : | |
| Keystone Collections Group | : | |
| | : | |
| Respondents | : | |

## NOTICE OF INTENT TO SELL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

You are hereby notified that Natalie Lutz Cardiello, Trustee for the above captioned Estate, intends to sell real estate located at 517 Guylyn Drive, Penn Hills, PA 15235 (Deed Book Volume 5395, Page 549; Tax ID No: 0538-L-00032-0000-00) ("Real Property") in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on **June 7, 2018 at 10:30 AM** The sale shall be "as is," "where is," free and clear of all liens and encumbrances.

The Trustee has received an initial offer of $55,000 for the Property. Higher or better offers will be considered at the hearing. In order to bid at the sale hearing, a prospective bidder must place a deposit of $3,000 in escrow with the Trustee and provide evidence of his or her ability to pay the balance of the purchase price at the time of closing, either in the form of a letter from a bank indicating that the proposed purchaser has the required funds on hand, a mortgage commitment letter, or similar documentation acceptable to the Trustee. Such deposit and documentation are due no later than 72 hours prior to the day and time of the sale hearing.

Closing shall occur on or before ten days from the date the Order of Sale becomes final, TIME BEING OF THE ESSENCE, with all such payments to be via certified check, cashier's check, or such other forms of assured and guaranteed payment as may be acceptable to the Trustee's counsel. Possession shall be delivered at closing. *Anyone wishing to bid should review the Trustee's motion for complete terms and conditions of the sale.* Any objection to the sale must be filed with the Clerk's Office and a copy sent to the Trustee at the address set forth below on or before **May 31, 2018**. Terms announced at sale will supersede the terms of any prior notice.

      Additional information regarding the sale may be obtained by accessing the Court's website at http://www.pawb.uscourts.gov/easi.htm and contacting the Trustee's attorney, Natalie Lutz Cardiello, Esquire, 107 Huron Drive, Carnegie, PA 15106, (412) 276-4043.

Dated: May 10, 2018                  */s/Natalie Lutz Cardiello*
                                             Natalie Lutz Cardiello, Esquire
                                             *Counsel to the Trustee*
                                             PA ID# 51296
                                             107 Huron Drive
                                             Carnegie, PA 15106
                                             ncardiello@comcast.net
                                             (412) 276-4043