**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 7 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal | : | |
| Revenue Service; Commonwealth of | : | |
| Pennsylvania, Department of Revenue; | : | |
| County of Allegheny; Municipality of | : | |
| Penn Hills; Penn Hills School District; | : | |
| Keystone Collections Group | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE
of
Notice of Hearing and Response Deadline
Notice of Intent to Sell
and
Motion to Sell Real Estate Free and Clear of Third
Party Interests, Liens, Claims, Charges and/or Encumbrances**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on May 10, 2018.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

Allison L. Carr on behalf of Creditor Duquesne Light Company
acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Daniel P. Foster on behalf of Debtor Ralph E Germany
dan@mrdebtbuster.com,
clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

Daniel P. Foster on behalf of Joint Debtor Sandra Louise Germany
dan@mrdebtbuster.com,
clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor FIFTH THIRD BANK
bkgroup@kmllawgroup.com

**EXECUTED ON:**  May 10, 2018

                By:  */s/Natalie Lutz Cardiello*
                    Natalie Lutz Cardiello
                    PA ID# 51296
                    107 Huron Drive
                    Carnegie, PA 15106
                    ncardiello@comcast.net
                    (412) 276-4043