FILED
6/7/18 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  18-20149-GLT |
| | : | Chapter:   7 |
| Ralph E Germany | : | |
| Sandra Louise Germany | : | |
| | : | Date:      6/7/2018 |
| *Debtor(s)*. | : | Time:      10:30 |

### PROCEEDING MEMO

*MATTER:*  #46 - Trustee's Motion For Sale of Property under Section 363(b) (517 Guylyn Drive)
#51 - Proof of Publication in General Circulation
#52 - Proof of Publication in Pittsburgh Legal
       Journal
#53 - Proposed Order

[Response due 5/31/2018]

*APPEARANCES:*

　　　　　Trustee:      Natalie Lutz Cardiello

*NOTES:*

Cardiello: All contingencies have been satisfied. No secured claims.

*The real property located at 517 Guylyn Drive, Penn Hills, Pa. is exposed for sale*

Court: The offer from Yvonne C. Black is the highest and best received.

*OUTCOME:*

1. The Trustee's Motion for Sale of Property [Dkt. No. 46] is granted. O/E.

**DATED:** 6/7/2018