## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 18-20149-GLT |
| Ralph E Germany and | : |  |
| Sandra Louise Germany, | : |  |
| Debtors/Movants, | : | Chapter 7 |
|  | : |  |
|  | : |  |

## NOTICE OF
## CHANGE OF ADDRESS

**Clients Name:**         **Ralph E Germany and Sandra Louise Germany**
**Incorrect Address:**    **517 Guylyn Drive, Pittsburgh, PA 15235**

**Correct Address:**      **1120 Trinity Ridge Road Apt 104 Raleigh, NC 27607**


                                                      Respectfully Submitted,

Date: July 2, 2018                          /s/ Daniel P. Foster, Esquire
                                                     Daniel P. Foster, Esquire
                                                     PA I.D. #92376
                                                     FOSTER LAW OFFICES
                                                     PO Box 966
                                                     Meadville, PA 16335
                                                     Tel: 814.724.1165
                                                     Fax: 814.724.1158
                                                     Dan@MrDebtBuster.com
                                                     Attorney for Debtors