**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-20149-GLT |
| RALPH E GERMANY | : | |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | Chapter 7 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

### *Status Report*

COMES NOW, Natalie Lutz Cardiello, Esquire, Chapter 7 Trustee in the above-styled case, and files the within Status Report.

1.  This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on January 16, 2018.

2.  Natalie Lutz Cardiello was appointed and qualified as the Chapter 7 Trustee and has been so serving.

3.  The §341(a) Meeting of Creditors was held and closed on March 05, 2018 at Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222.

4.  On May 10, 2018, the Trustee filed a Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances ("Sale Motion") [Doc. No. 46].

5.  On June 7, 2018, a hearing on the Trustee's Sale Motion was held and the same was approved by the Court.

6.  At the time of the sale hearing the Trustee represented to the Court that all contingencies to the sale had been satisfied as the Trustee believed the same to be true.

7.  Subsequent to the sale hearing the Trustee was advised that, upon submission of final documents to the lender, it was determined that the purchasers' circumstances had changed and they no longer qualified for a mortgage[1].

8.  The Trustee's realtor relisted the Debtors' property and received three new offers.

---

[1] The purchasers were preapproved for a mortgage but due to a change in income, they no longer met the qualifications.

9.     The Trustee intends to file a new sale motion by the end of the week.

Dated: July 10, 2018                 Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043