## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 7 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal | : | |
| Revenue Service; Commonwealth of | : | |
| Pennsylvania, Department of Revenue; | : | |
| County of Allegheny; Municipality of | : | |
| Penn Hills; Penn Hills School District; | : | |
| Keystone Collections Group | : | |
| | : | |
| Respondents | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
ON TRUSTEE'S MOTION TO SELL REAL ESTATE FREE AND CLEAR
OF THIRD PARTY INTERESTS, LIENS, CLAIMS, CHARGES AND/OR ENCUMBRANCES**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned a response to the Motion by **no later than August 2, 2018** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on **Augusts 9, 2018**, at **10:30 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated:  July 10, 2018                                        Respectfully submitted,

                                                            */s/Natalie Lutz Cardiello*
                                                            Natalie Lutz Cardiello, Esquire
                                                            PA ID# 51296
                                                           107 Huron Drive
                                                           Carnegie, PA 15106
                                                           ncardiello@comcast.net
                                                           (412) 276-4043