## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

No.

Commonwealth of Pennsylvania, County of Allegheny, ss **D. Rullo**, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the Pittsburgh Post-Gazette edition and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

12 of July, 2018

Affidavit further deposes the he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the aforesaid notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

**COPY OF NOTICE OR PUBLICATION**

_____
PG Publishing Company

Sworn to and subscribed before me this day of:
July 12, 2018

_[signature]_ Elizabeth R. Chmura

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781

Member, Pennsylvania Association of Notaries

**STATEMENT OF ADVERTISING COSTS**

Natalie A. Cardiello
107 HURON DR
Carnegie, PA 15106-1826

To PG Publishing Company

Total     $ 75.00

Bankruptcy Sale
August 9, 2018
In re:
RALPH E GERMANY
SANDRA LOUISE
GERMANY
Case No: 18-20149-GLT
517 Guylyn Drive, Penn
Hills, PA 15235
For More Information:
www.pawb.uscourts.gov
/easi.htm

### Client:

### Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Dr.
Clinton, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of the
Pittsburgh Post-Gazette, a Newspaper of General
Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____
Attorney For