Bankruptcy Notice. Case Number: . Debtor:

## Proof of Publication of Notice in Pittsburgh Legal Journal

PAGE 1 OF 1

**Bankruptcy Sale**

August 9, 2018
In re: Ralph E. Germany and Sandra Louise Germany
Case No: 18-20149-GLT
517 Guylyn Drive, Penn Hills, PA 15235
For More Information:
www.pawb.uscourts.gov/easi.htm
18-04053 Jul 19, 2018

*Commonwealth of Pennsylvania* } SS:
*County of Allegheny,* }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

Jul 19, 2018

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 19th day of July, 2018
_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

Natalie Lutz Cardiello
107 Huron Dr.
Carnegie, PA 15106

### Statement of Advertising Cost
For publishing the notice or advertisement on the above stated dates... $59.25
Proof Fees .......................................................... $1.00
Total ................................................................ $60.25

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 18-04053