FILED
8/9/18 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-20149-GLT |
| | : | Chapter: 7 |
| Ralph E Germany | : | |
| Sandra Louise Germany | : | |
| | : | Date: 8/9/2018 |
| *Debtor(s)*. | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** #60 - Second Motion for Sale of Property (517 Guylyn Dr)
[Response due: 8-2-18]
#65 - Proof of Publication in PGH Post-Gazette
#66 - Proof of Publication in Pittsburgh Legal Journal
#68 - Proposed Order

*APPEARANCES:*
Trustee:    Natalie Lutz Cardiello

*NOTES:*

Cardiello: The buyer is Jades Group LLC. There was a prior offer for $55,000, but it fell through. We have an offer at $44,900 from the buyer which was the list price. The buyer has no relationship with the Debtor.

Court: Who is the principal for the buyer?

Cardiello: I do not have it on my copy. My realtor always makes sure that the buyer has no relationship to the debtor.

Court: The buyer's signature is not legible. The broker is the one who makes sure the buyer has no relationship?

Cardiello: Yes.

Court: I would prefer an averment of who the principal is. Please file a supplement confirming that the buyer has no relationship with the seller, and that the trustee personally verified this. Are there any other contingencies?

Cardiello: No.

[Court exposes property for sale]

*OUTCOME:*

1. Jades Group is the highest and best bid. The motion is granted (O/E).

**DATED:** 8/9/2018