# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 7 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal | : | |
| Revenue Service; Commonwealth of | : | |
| Pennsylvania, Department of Revenue; | : | |
| County of Allegheny; Municipality of | : | |
| Penn Hills; Penn Hills School District; | : | |
| Keystone Collections Group | : | |
| | : | |
| Respondents | : | |

## SUPPLEMENT TO
## MOTION TO SELL REAL ESTATE FREE AND CLEAR
## OF THIRD PARTY INTERESTS, LIENS, CLAIMS, CHARGES AND/OR ENCUMBRANCES

AND NOW COMES Natalie Lutz Cardiello, Trustee, by and through her attorney, Natalie Lutz Cardiello, Esquire, and files this Supplement to Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances, and respectfully represents as follows:

1. A sale hearing was held this date in connection with the sale of 517 Guylyn Drive, Penn Hills, PA 15235 (Deed Book Volume 5395, Page 549; Tax ID No: 0538-L-00032-0000-00) ("Real Property") to Jades Group, LLC, which is owned by Ben Nguyen (collectively, the "Buyer").

2. This Honorable Court requested that the Trustee personally verify that the Buyer has no relationship to the Debtors [Doc. No. 70].

3. The Trustee spoke with both Ralph E. Germany and Sandra Louise Germany and personally confirmed that they have no relationship with the Buyer.

Dated:  August 9, 2018 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Natalie Lutz Cardiello*
　　　　　　　　　　　　　　　　　　　　Natalie Lutz Cardiello, Esquire
　　　　　　　　　　　　　　　　　　　　PA ID# 51296
　　　　　　　　　　　　　　　　　　　　107 Huron Drive
　　　　　　　　　　　　　　　　　　　　Carnegie, PA 15106
　　　　　　　　　　　　　　　　　　　　ncardiello@comcast.net
　　　　　　　　　　　　　　　　　　　　(412) 276-4043