# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 18-20149 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## CERTIFICATE OF SERVICE
## OF
## NOTICE OF HEARING AND RESPONSE DEADLINE
## and
## MOTION TO APPROVE SETTLEMENT

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **August 29, 2018.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com

Daniel P. Foster on behalf of Debtor Ralph E Germany
dan@mrdebtbuster.com,
clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

Daniel P. Foster on behalf of Joint Debtor Sandra Louise Germany
dan@mrdebtbuster.com,
clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor FIFTH THIRD BANK
bkgroup@kmllawgroup.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:**  August 29, 2018

          By:   /s/*Natalie Lutz Cardiello*
               Natalie Lutz Cardiello
               107 Huron Drive
               Carnegie, PA 15106
               (412) 276-4043
               ncardiello@comcast.net
               PA ID# 51296

Case 18-20149-GLT    Doc 76    Filed 08/29/18    Entered 08/29/18 10:54:20    Desc Main
Document      Page 2 of 3

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Card<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Christopher J. Black<br>530 Sunnyfield Drive<br>Monroeville, PA 15146 | Citibank<br>Centralized Bk/Citicorp Credt Srvs<br>Po Box 790040<br>St Louis, MO 63179-0040 |
| Citizens Bank<br>Attn: Bankruptcy<br>443 Jefferson Boulevard Ms Rjw-135<br>Warwick, RI 02886-1321 | Comentiy Bank/Roamans<br>PO Box 182789<br>Columbus, OH 43218-2789 | Fifth Third Bank<br>Attn: Bankruptcy<br>1850 East Paris Avenue Southeast<br>Grand Rapds, MI 49546-6210 |
| Pagoda<br>PO Box 659819<br>San Antonio, TX 78265-9119 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Ralph E Germany<br>Sandra Louise Germany<br>1120 Trinity Ridge Road Apt 104<br>Raleigh, NC 27607-4226 | State Collection Service Inc<br>2509 South Stoughton Road<br>Madison, WI 53716-3314 |
| Synchrony Bank/Old Navy<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/QVC<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/Sams<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Transworld Systems Inc<br>300 Cedar Ridge Drive<br>Suite 307<br>Pittsburgh, PA 15205-1159 | Verizon<br>Verizon Wireless Bankruptcy<br>500 Technology Drive Suite 500<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Yvonne C. Black<br>530 Sunnyfield Drive<br>Monroeville, PA 15146 | | |