**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 18-20149 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**AMENDED**
**CERTIFICATE OF SERVICE**
**OF**
**NOTICE OF HEARING AND RESPONSE DEADLINE**
**and**
**MOTION TO APPROVE SETTLEMENT**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **August 29, 2018.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com

Daniel P. Foster on behalf of Debtor Ralph E Germany
dan@mrdebtbuster.com,
clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

Daniel P. Foster on behalf of Joint Debtor Sandra Louise Germany
dan@mrdebtbuster.com,
clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor FIFTH THIRD BANK
bkgroup@kmllawgroup.com


**Service by First Class Mail**


See attached list


**EXECUTED ON:**  August 29, 2018

By:   */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net
PA ID# 51296

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Christopher J. Black
530 Sunnyfield Drive
Monroeville, PA 15146

Citibank
Centralized Bk/Citicorp Credt Srvs
Po Box 790040
St Louis, MO 63179-0040

Citizens Bank
Attn: Bankruptcy
443 Jefferson Boulevard Ms Rjw-135
Warwick, RI 02886-1321

Comentiy Bank/Roamans
PO Box 182789
Columbus, OH 43218-2789

Fifth Third Bank
Attn: Bankruptcy
1850 East Paris Avenue Southeast
Grand Rapds, MI 49546-6210

Pagoda
PO Box 659819
San Antonio, TX 78265-9119

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Ralph E Germany
Sandra Louise Germany
1120 Trinity Ridge Road Apt 104
Raleigh, NC 27607-4226

State Collection Service Inc
2509 South Stoughton Road
Madison, WI 53716-3314

Synchrony Bank/Old Navy
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Synchrony Bank/QVC
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Synchrony Bank/Sams
Po Box 965060
Orlando, FL 32896-5060

Transworld Systems Inc
300 Cedar Ridge Drive
Suite 307
Pittsburgh, PA 15205-1159

Verizon
Verizon Wireless Bankruptcy
500 Technology Drive Suite 500
Weldon Springs, MO 63304-2225

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  73124-8838

Yvonne C. Black
530 Sunnyfield Drive
Monroeville, PA 15146