# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 7 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
Motion to Approve Settlement

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Settlement** filed on August 29, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion to Approve Settlement, objections to the Motion were to be filed and served no later than **September 17, 2018.**

It is hereby respectfully requested that the Order filed in connection with the Trustee's Motion to Approve Settlement be entered by the Court.

Dated: September 18, 2018          By:     */s/Natalie Lutz Cardiello*
                                                   Natalie Lutz Cardiello, Esquire
                                                   PA I.D. #51296
                                                   107 Huron Drive
                                                   Carnegie, PA 15106
                                                   ncardiello@comcast.net
                                                   (412) 276-4043