FILED
9/18/18 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20149-GLT |
| | : | |
| RALPH E GERMANY | : | Chapter 7 |
| SANDRA LOUISE GERMANY | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Related to Docket No. 74 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Yvonne C. Black and Christopher J. Black | : | |
| Respondents | : | |

### ORDER OF COURT

AND NOW, this _18th Day of September, 2018                    __, after and notice

and opportunity for hearing, the Court having considered the Trustee's Motion to Approve Settlement, it is

hereby **ORDERED, ADJUDGED and DECREED** that the Trustee may accept the sum of One Thousand

Dollars ($1,000) in full and final settlement of the estate's claim against Yvonne C. Black and Christopher J.

Black.  Howard Hanna Real Estate Services shall turnover the One Thousand Dollars ($1,000) it is holding

as hand money in connection with the sale of 517 Guylyn Drive, Penn Hills, PA to Yvonne C. Black and

Christopher J. Black within ten (10) days of this Order becoming final and nonappealable.

Prepared by:  Natalie Lutz Cardiello, Counsel to the Trustee

GREGORY L. TADDONIO    rb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-20149-GLT
Ralph E Germany                                                 Chapter 7
Sandra Louise Germany
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy          Page 1 of 1          Date Rcvd: Sep 18, 2018
                             Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb          +Ralph E Germany,   Sandra Louise Germany,   1120 Trinity Ridge Road Apt 104,
                 Raleigh, NC 27607-4226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Ralph E Germany dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Sandra Louise Germany dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   FIFTH THIRD BANK bkgroup@kmllawgroup.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.epiqsystems.com
          Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                              TOTAL: 8